# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **EBONY BILLUPS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:25cv76-HSO-BWR** |
| | § | |
| **U.S. DEPARTMENT OF THE NAVY** <br> **and JOHN AND JANE DOES 1-10** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of December, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE